IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,                               No. CIV S-04-0337 GEB PAN

    vs.

JAY AND HELEN LEWIS,

    Defendants.                          <u>ORDER</u>

_____/

       A settlement conference was held before the undersigned on February 27, 2006. Thomas N. Stewart, III appeared on behalf of plaintiff. Dane A. Besneatte appeared on behalf of defendants. This case settled. The settlement agreement was memorialized on the record and agreed to by counsel. Counsel also requested that they be permitted to consent to disposition of the case before the undersigned pursuant to 28 U. S. C. Section 636(c)

       In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 12, 2006.

       Discovery and motion practice are stayed; all hearing dates set in this matter are hereby vacated.

/ / /

/ / /

1

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order.

DATED: February 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

001; chapman.045