IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BYRON CHAPMAN,

    Plaintiff,                                 No. CIV S-04-0337 JFM

    vs.

JAY AND HELEN LEWIS,

    Defendants.                          <u>ORDER</u>

_____/

        On March 9, 2006, the parties filed a joint consent to have the instant case referred to the undersigned for all further purposes. On March 17, 2006, this matter was reassigned to the assigned magistrate rather than the undersigned. Good cause appearing, the Clerk of the Court will be directed to reassign the instant action to the undersigned. All further filings in this action shall be denominated as CIV S-04-0337 JFM.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court shall reassign the instant action to the undersigned; and

        3. All further filings in this action shall be denominated as CIV S-04-0337 JFM.

DATED: April 12, 2006.

                                                      UNITED STATES MAGISTRATE JUDGE

001; chapman.jfm